UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LUIS GONZALEZ-ATENCIO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER, | CASE NO. 2:25-cv-00245-RAJ-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner has applied to proceed *in forma pauperis*, (IFP). The Court **GRANTS** petitioner's IFP application, Dkt. 1, and directs the Clerk to (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) send a copy of this Order to petitioner and the assigned District Judge.

DATED this 14th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1