UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LUIS GONZALEZ-ATENCIO,<br><br>                  Petitioner,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER, et al.,<br><br>                  Respondents. | CASE NO. 2:25-cv-00245-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION FOR IMMEDIATE DISMISSAL** |

On February 6, 2025, Petitioner, an immigration detainee, filed a petition for writ of habeas corpus requesting he be granted a "bond review" and be released upon "conditions that [are] fair and just." Dkt.4 at 3. On April 30, 2025, the Court recommended denying Petitioner's request for immediate release and setting the matter for a status hearing to assess Petitioner's custody status. Dkt. 10.

On May 6, 2025, Respondent filed notice Petitioner had been removed to his home country of Venezuela on March 30, 2025. Dkt. 11. Petitioner sought via his habeas petition removal to his home country contending Respondents should either remove him or release him.

The relief that Petitioner sought was effectuated in March 2025, as Petitioner was returned to his home country that month. As the Court can no longer grant Petitioner the relief that he requested, his habeas petition is moot. The Court accordingly recommends:

REPORT AND RECOMMENDATION FOR
IMMEDIATE DISMISSAL - 1

1. The matter be dismissed with prejudice.

2. As Petitioner is not longer in the United States, the Court should adopt this recommendation immediately.

DATED this 6ht day of May 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION FOR
IMMEDIATE DISMISSAL - 2