UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE LUIS GONZALEZ-ATENCIO,

    Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER,

    Respondent.

CASE NO. 2:25-cv-00245-RAJ-BAT

**ORDER OF DISMISSAL**

The Court has considered, *de novo*, the report and recommendation, and the record and finds and **ORDERS**:

(1) The Court ADOPTS the report and recommendation and DISMISSES Petitioner's habeas request with prejudice as Petitioner has been released and removed to his home country.

(3) The Clerk shall send provide a copy of this Order to the parties.

DATED this 21st day of May, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1